JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>4040 LINCOLN, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: CV 21-307-DMG (JCx)<br><br>**JUDGMENT [24]** |

    Upon review of the record and the parties' offer and acceptance of judgment pursuant to Federal Rule of Civil Procedure 68(a), and good cause appearing,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff JAMES SHAYLER and against Defendant 4040 LINCOLN, LLC, a California limited liability company, according to Defendant's Rule 68 offer, as follows:

    (1)    Defendant is ordered to modify the parking, paths of travel, and demarcated accessible spaces at 4040 Lincoln Boulevard, Marina del

Rey, California ("Property") including that parking, path of travel, and demarcated accessible spaces at the Comerica Bank in that location. Modification shall be to full compliance with the applicable provisions of the 2010 ADA Standards of, Accessible Design ("2010 ADA Standards").

(2) Defendant is ordered to pay two thousand five hundred dollars ($2500.00) to plaintiff and his attorneys, inclusive of attorney fees and costs to date.

DATED: June 10, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE